UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIA SMITH, an individual,

                      Plaintiff,

-against-

GELLER, a New York corporation, and DOES 1 THROUGH 10, inclusive,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2024

24-CV-00466 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Complaint was filed on January 22, 2024, and Plaintiff requested issuance of summons on the same day. The Clerk of Court provided notice that Plaintiff's pleading and request for summons were deficient. Plaintiff did not subsequently remedy the deficiencies, and no summons has been issued. The docket does not reflect that the summons and complaint were ever served on Defendant Geller.

      Additionally, on January 24, 2024, Judge Lorna G. Schofield scheduled a conference for March 13, 2024. Dkt. No. 4. This case was reassigned to the undersigned on February 23, 2024, and on February 29, 2024, the undersigned issued an Order adjourning the conference to June 12, 2024, at 11:30 a.m. Dkt. No. 5. The Order required Plaintiff to serve the Order upon counsel for Defendant (or, if unable to identify counsel, upon Defendant) and to file proof of such service with the Court. *Id.* No such proof of service has been filed.

      It is hereby ORDERED that Plaintiff must correct the deficiencies with the complaint and the request for summons by **May 3, 2024.** If Plaintiff fails to meet this deadline, the case may be dismissed for failure to prosecute.

Dated: April 24, 2024
       New York, New York

                                                      SO ORDERED.

                                                      MARGARET M. GARNETT
                                                    United States District Judge